UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JUNIUS P. LEISURE II,**     :  <br>    **Plaintiff,**           : <br>                                            : <br> v.                                      :       No. 22-cv-4910 <br>                                            : <br> **COUNTY OF LANCASTER COUNTY,** : <br> **PENNSYLVANIA,** *et al.*,         : <br>    **Defendants.**         : | |

# O R D E R

**AND NOW**, this 15th day of December, 2022, upon consideration of Junius P. Leisure II's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Prisoner Trust Fund Account Statement (ECF No. 3), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. Junius P. Leisure II, # MP-5563, shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Superintendent of SCI Fayette or other appropriate official to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Leisure's inmate account; or (b) the average monthly balance in Leisure's inmate account for the six-month period immediately preceding the filing of this case. The Superintendent of SCI Fayette or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month when the amount in Leisure's inmate trust fund account exceeds $10.00, the Superintendent of SCI Fayette or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Leisure's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Superintendent of SCI Fayette.

4. The Complaint is **DEEMED** filed.

5. Leisure's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for the reasons stated in the Court's Memorandum.

6. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Joseph F. Leeson, Jr.*
**JOSEPH F. LEESON, JR.**
**United States District Judge**